No. 05–300.  THOMPSON ET AL. *v.* GENZLER;
No. 05–319.  LONGANBACH *v.* GENZLER.; and

No. 05–400. O'BRIEN *v.* GENZLER ET AL. C. A. 9th Cir. Certiorari denied.